**BENJAMIN D. HARGROVE**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: benjamin.hargrove@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED

JAN 16 2025

Clerk, U.S. Courts
District Of Montana
Billings Division

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ZACHARY LOUIS SIMPSON,**<br><br>Defendant. | CR 25-09-BLG-SPW<br><br>**INDICTMENT**<br><br>**THEFT OF MAIL**<br>(Count 1)<br>Title 18 U.S.C. § 1708<br>(Penalty: Five years imprisonment, $250,000 fine, and not more than three years supervised release)<br><br>**THEFT OF MAIL BY EMPLOYEE**<br>(Count 2)<br>Title 18 U.S.C. § 1709<br>(Penalty: Five years imprisonment, $250,000 fine, and not more than three years supervised release)<br><br>**CRIMINAL FORFEITURE**<br>18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461 |

THE GRAND JURY CHARGES:

1

## COUNT 1

Between on or about March 27, 2023, and April 3, 2024, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, ZACHARY LOUIS SIMPSON, did unlawfully steal, take, and abstract packages and other mailings from an authorized depository for mail matter, in violation of 18 U.S.C. § 1708.

## COUNT 2

Between on or about March 27, 2023, and April 3, 2024, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, ZACHARY LOUIS SIMPSON, a United States Postal Service employee, did willfully, knowingly and intentionally embezzle packages and other mailings, which had been entrusted to him and which came into his possession to be conveyed by mail, while performing his assigned duties as an employee of the United States Postal Service, in violation of 18 U.S.C. § 1709.

///

///

///

///

///

///

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in counts 1 and 2 of the indictment, the defendant, ZACHARY LOUIS SIMPSON, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), any property, real and personal, which constitutes or is derived from proceeds traceable to such offense or a conspiracy to commit such offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3